

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2014

No. 04-13-00836-CR

Luis **GUDINO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR8499
Honorable Ron Rangel, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is deemed filed as of November 5, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court